# United States District Court
## For The Western District of North Carolina
## Statesville Division

CAROLYN BRADLEY,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            5:07CV3

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2009 Memorandum and Order.


Signed: April 15, 2009

BY: *Frank D. Johns*
Frank G. Johns, Clerk
United States District Court